﻿Citation Nr: AXXXXXXXX
Decision Date: 07/25/19 Archive Date: 07/24/19

DOCKET NO. 190228-10507
DATE: July 25, 2019

REMANDED

Service connection for an acquired mental health condition is remanded.

REASONS FOR REMAND

The Veteran served in the Army from August 1962 to August 1964. This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a June 2015 rating decision of a Department of Veterans Affairs (VA) Regional Office (RO).

The Veteran filed an original claim for service connection for depression. However, based on the findings of a June 2015 VA examiner, the Board finds that expanding the issue into a claim for service connection for an acquired mental health condition, to include depression, is more appropriate. See Clemons v. Shinseki, 23 Vet. App. 1, 5 (2009).

This appeal has been advanced on the Board’s docket pursuant to 38 C.F.R. §20.900(c); 38 U.S.C. § 7107(a)(2).

The issue of entitlement to an acquired mental health condition, to include depression is remanded to correct a duty to assist error that occurred prior to the June 2015 rating decision on appeal. The Agency of Original Jurisdiction (AOJ) obtained a June 2015 medical opinion prior to the June 2015 rating decision on appeal. However, this medical opinion does not consider whether the Veteran’s diagnosed adjustment disorder with mixed anxiety and depressed mood is aggravated by his service-connected left knee condition.

The matter is REMANDED for the following action:

Send the claims file to an appropriate examiner to obtain an addendum opinion with respect to the Veteran’s acquired mental health condition, to include depression claim. The claims file must be reviewed by the examiner. If a new examination is deemed necessary to respond to the request, one should be scheduled. 

Following review of the claims file, the examiner should provide an opinion as to whether it is at least as likely as not that the Veteran’s mental health condition was aggravated beyond its natural progression by his service-connected left knee condition. The examiner should explain why or why not.

 

DAVID GRATZ

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD G. N. Wilson, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.